UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MIKE J. KAPIN and MICHAEL J. KAPIN, P.C.,

       Plaintiffs,

      - against -                           **ORDER**

CAPITAL ONE BANK (USA), N.A.,          19- CV-5899 (LJL) (KNF)

       Defendant.

------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A conference was held with counsel to the respective parties on May 12, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

      1) all discovery, of whatever nature, be initiated so as to be completed on or before October 30, 2020;

      2) the last date on which to amend pleadings will be June 12, 2020;

      3) the last date on which to join additional parties will be June 12, 2020;

      4) any dispositive motion shall be served and filed on or before November 30, 2020;

      5) the response to any such motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court;

      6) if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before November 30, 2020. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge; and

      7) a telephonic status conference shall be held with the parties on September 30, 2020, at 10:30 a.m.

The parties shall use call-in number (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:   New York, New York                             SO ORDERED:
        May 14, 2020

                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE