USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/1/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**KAPIN Et al.**

                 **Plaintiffs,**

      -against-

**CAPITAL ONE BANK (USA), N.A.,**

                 **Defendant.**

**19-cv-5899 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties should submit a joint status report by July 15, 2020. **SO ORDERED.**

Dated: July 1, 2020
       New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**